IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VELINA M. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INLAND RESIDENTIAL REAL )<br>ESTATE SERVICES, LLC, THE )<br>INLAND REAL ESTATE GROUP )<br>OF COMPANIES, INC., BONNIE )<br>BURRIS, ASHLEY STODDART, )<br>LAQUINTA KING, )<br>MONTGOMERY MULTIFAMILY )<br>LEASECO, LLC d/b/a/ VERANDAS )<br>AT TAYLOR OAKS, )<br>MONTGOMERY MULTIFAMILY )<br>LLC, MONTGOMERY )<br>MULTIFAMILY EXCHANGE LLC, )<br>U.S. DEPARTMENT OF HOUSING )<br>AND URBAN DEVELOPMENT, )<br>)<br>Defendants. ) | CASE NO. 2:21-CV-493-WKW<br>[WO] |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 42.) On March 30, 2023, Plaintiff filed a motion for reconsideration of the Recommendation of the Magistrate Judge (Doc. # 44), which is construed as an Objection to the Recommendation. Based upon a *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b), the court finds that the Objection lacks merit. Accordingly, it is ORDERED as follows:

(1) Plaintiff's Objection (Doc. # 44) is OVERRULED.

(2) The Recommendation (Doc. # 42) is ADOPTED.

(3) Plaintiff's Motion for Emergency Preliminary Injunction (Doc. # 21) is DENIED.

DONE this 31st day of March, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE