IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VELINA M. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:21-CV-493-WKW |
| | )  [WO] |
| INLAND RESIDENTIAL REAL | ) |
| ESTATE SERVICES, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 47.) Plaintiff filed a Motion for Reconsideration of the Magistrate Judge's Recommendation to Dismiss Plaintiff's Amended Complaint. (Doc. # 48.) The court construes Plaintiff's Motion as a timely Objection to the Recommendation. *See* Fed. R. Civ. P. 8(e) ("Pleadings must be construed so as to do justice."). Based upon a *de novo* review of the record, 28 U.S.C. § 636(b), the court finds that the Objection lacks merit. Accordingly, it is ORDERED as follows:

(1)   Plaintiff's Objection (Doc. # 48) is OVERRULED.

(2)   The Recommendation (Doc. # 47) is ADOPTED.

(3)   The Motion to Dismiss Amended Complaint (Doc. # 38) is GRANTED.

(4)   Plaintiff's Motion to Join Defendant Parties U.S. Department of

Housing and Urban Development, Montgomery Multifamily LLC, and Montgomery Multifamily Exchange LLC (Doc # 34) is DENIED as MOOT.

(5) Plaintiff's Motion to Withdraw Jury Demand (Doc. # 36) is DENIED as MOOT.

(6) Plaintiff's Request to the Court for Administrative Corrections to Defendant Information Appearing on the Court Docket (Doc. # 37) is DENIED as MOOT.

(7) This action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 11th day of July, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE